**TILLINGHAST, Commissioner of Immigration, v. WONG WING.**

Circuit Court of Appeals, First Circuit. October 30, 1928.

No. 2280.

John W. Schenck, Asst. U. S. Atty., of Boston, Mass. (Frederick H. Tarr, U. S. Atty., of Boston, Mass., on the brief), for appellant.

Walter Bates Farr, of Boston, Mass. (E. F. Damon, of Boston, Mass., on the brief), for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. For the reasons set forth in the opinion of the District Court, the decree of the District Court is affirmed.